UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

 v.

DAVID GARCIA-GARCIA,

     Defendant.

CASE NO. 23-392

**DETENTION ORDER**

  The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

  Defendant is charged with a drug trafficking offense which carries a presumption that he is a flight risk and danger to the community. The Court finds the presumption has not been overcome. The government's case against Defendant is strong. Defendant was arrested after the sale of narcotics was arranged and was in possession of thousands of fentanyl pills. Defendant has a lengthy criminal history that goes back over twenty years. His history indicates he has substance abuse and alcohol problems.  Defendant has some ties to the district as his former wife and children live in the area. While they are supportive, Defendant's life here is marked by instability. He has for instance no residence at which he was living and can return to. Given the

DETENTION ORDER - 1

nature of the offense, Defendant's criminal history and his instability in the community, the Court concludes detention should be ordered.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 8th day of August, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2